IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICK GOSS                                                                          PLAINTIFF
ADC #173278

v.                                  No: 4:20-cv-1228 DPM

MAPLE ADKINS, Lieutenant, Tucker
Unit, ADC; TYRONE ALLISON, Captain,
Tucker Unit, ADC; CHRISTIAN SMITH,
Corporal, Tucker Unit, ADC; and ASHLEY
CAMPBELL, Sergeant, Tucker Unit, ADC                             DEFENDANTS

JUDGMENT

Goss's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

19 November 2020